# EXHIBIT B

| US7916877B2 | Porsche Design 911 SOUNDBAR SPEAKER ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Digital/ analog input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).<br><br><br><br>ELECTRONICS / SOUND / SPEAKER / 911 SOUNDBAR SPEAKER<br><br>## 911 SOUNDBAR SPEAKER<br><br>black/silver<br><br>**DETAILS ›**<br><br>Article number: 4046901984007<br><br>$3,500.00<br><br>Not available<br><br>Standard Shipping: 5–7 business days, free ground shipping, free returns.<br><br><br><br>https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |

**PORSCHE DESIGN**

# THE DETAILS

The 911 Soundbar takes the functions of the original components and turns them on their head. The rear silencer and twin exhaust now resonate sound. The result: a deeper, measurably louder audio experience with a higher maximum volume. In short: more power.

PRODUCT DETAILS

- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



| | https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |
|---|---|
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Digital/ analog signals) corresponding to first entertainment content (e.g., content from portable audio player via Digital/ analog input) from a player device (e.g., a portable audio device). |

PRODUCT DETAILS

- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007

As shown below, the player device (e.g., the portable audio device) can be selected as an input to the accused product.



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



| | |
|---|---|
| | https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |
| receiving second signals corresponding to second entertainment content from the inter-unit communication component; and | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired smartphone) from the inter-unit communication component (e.g., Bluetooth chip of 911 SOUNDBAR SPEAKER for communication with other Bluetooth devices).<br><br>PRODUCT DETAILS<br>• 2.1 virtual surround system<br>• Bluetooth® interface with easy-pairing function<br>• Wireless, loss-free audio transmission due to aptX® technology<br>• Bass and treble control<br>• Dolby® digital decoder<br>• DTS TruSurround™ virtual surround signal processing<br>• LED display<br>• Virtual surround and stereo sound<br>• LipSync function for precise voice synchronisation<br>• Remote control<br><br>SYSTEM OUTPUT<br>• 200 watt<br><br>CONNECTIONS<br>• Analogue input [cinch]<br>• Bluetooth® 3.0 radio interface [aptX® decoding]<br>• 2 digital inputs [coaxial and optical]<br>• subwoofer-output |

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007

| selectively outputting the first signals and the second signals to a playback component wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | The accused product practices selectively outputting the first signals (e.g., audio signals via Digital/analog input from a portable audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., sub-woofer) wherein the player device (e.g., portable audio device) and the playback component (e.g., sub-woofer) are separate from one another and wherein both the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., sub-woofer), player device (e.g., portable audio device), and modular audio unit (e.g., the accused product) are all individual separate components.<br><br><br><br>https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |

PRODUCT DETAILS
- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



ELECTRONICS / SOUND / SPEAKER / 911 SOUNDBAR SPEAKER

# 911 SOUNDBAR SPEAKER

black/silver

**DETAILS >**

Article number: 4046901984007

$3,500.00

Not available

Standard Shipping: 5–7 business days, free ground shipping, free returns.

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007

**PORSCHE DESIGN**

# THE DETAILS

The 911 Soundbar takes the functions of the original components and turns them on their head. The rear silencer and twin exhaust now resonate sound. The result: a deeper, measurably louder audio experience with a higher maximum volume. In short: more power.

PRODUCT DETAILS

- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007

As shown below, the modular unit receives signal from portable audio device in the form of a first signal (e.g., Digital/ analog signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007

**PORSCHE DESIGN**

# THE DETAILS

The 911 Soundbar takes the functions of the original components and turns them on their head. The rear silencer and twin exhaust now resonate sound. The result: a deeper, measurably louder audio experience with a higher maximum volume. In short: more power.

PRODUCT DETAILS

- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007



| | |
|---|---|
| | https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component utilized by the accused product comprises a subwoofer which is a speaker.<br><br>PRODUCT DETAILS<br>• 2.1 virtual surround system<br>• Bluetooth® interface with easy-pairing function<br>• Wireless, loss-free audio transmission due to aptX® technology<br>• Bass and treble control<br>• Dolby® digital decoder<br>• DTS TruSurround™ virtual surround signal processing<br>• LED display<br>• Virtual surround and stereo sound<br>• LipSync function for precise voice synchronisation<br>• Remote control<br><br>SYSTEM OUTPUT<br>• 200 watt<br><br>CONNECTIONS<br>• Analogue input [cinch]<br>• Bluetooth® 3.0 radio interface [aptX® decoding]<br>• 2 digital inputs [coaxial and optical]<br>• subwoofer-output<br><br>https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007 |

| | |
|---|---|
| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smart device) received by the inter-unit communication component from a peer system (e.g., Bluetooth of the accused product for communication with other Bluetooth devices) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smart device) received from the peer system (e.g., the smart device) to the playback component (e.g., the subwoofer connected to the subwoofer output). |

PRODUCT DETAILS
- 2.1 virtual surround system
- Bluetooth® interface with easy-pairing function
- Wireless, loss-free audio transmission due to aptX® technology
- Bass and treble control
- Dolby® digital decoder
- DTS TruSurround™ virtual surround signal processing
- LED display
- Virtual surround and stereo sound
- LipSync function for precise voice synchronisation
- Remote control

SYSTEM OUTPUT

- 200 watt

CONNECTIONS

- Analogue input [cinch]
- Bluetooth® 3.0 radio interface [aptX® decoding]
- 2 digital inputs [coaxial and optical]
- subwoofer-output

https://www.porsche-design.com/us/en/porsche-design-shop/shop/electronics/sound/speaker/p9160-911-soundbar/?variationCode=4046901984007